UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80039-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JEFFREY T. FIELDS,

        Defendant.

_____/

GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS
TO PRESENTENCE INVESTIGATION REPORT
AND MOTION FOR REDUCTION OF SENTENCE

The United States of America, by the undersigned Assistant United States Attorney, hereby files its response to the defendant's objections to the Presentence Investigation Report ("PSR") and moves for a reduction of sentence, pursuant to Section 5K1.1 of the Sentencing Guidelines, and states the following in support thereof:

Government's Response to Defendant's Objections to PSR

The defendant filed several objections concerning the defendant's criminal history calculation which were resolved in the revised PSR. The remaining objections are as follows:

    1.    Defendant objects to paragraph 67 of the PSR which provides for a two-level

enhancement, pursuant to Section 2B1.1(b)(10)(A) of the Sentencing Guidelines, for having relocated a fraudulent scheme to another jurisdiction to evade law enforcement or regulatory officials. The Government agrees with the defendant that this enhancement is not appropriate. First, the defendants in this case did not relocate the scheme to another jurisdiction. Rather, they moved the main office of IRS within the same jurisdiction from Lake Worth to West Palm Beach. Second, this defendant did not work in the main IRS office and had no involvement with the decision to relocate the office to Lake Worth. Accordingly, a two-level enhancement pursuant to Section 2B1.1(b)(10)(A) is not applicable in this case.

  2. The defendant also objects to paragraph 79 of the PSR which adds one criminal history point for defendant's 2007 conviction for carrying a concealed weapon. Defendant claims that this offense was a misdemeanor and therefore should not have been counted. However, under Section 4A1.2(c) of the Sentencing Guidelines, a misdemeanor conviction is counted unless if falls within the listed exceptions, which this offense does not. Therefore, the probation officer correctly counted this offense.

Government's Motion for Reduction of Sentence

  The defendant has provided substantial assistance to the United States in connection with the investigation and prosecution of other individuals involved in fraudulent timeshare schemes. The government will provide a detailed account of the nature and extent of defendant's cooperation at the sentencing hearing.

  According to the Revised Presentence Investigation Report ("PSR"), the defendant has a total offense level of 35 and a Criminal History Category of II, which result in a guideline range of 188 to 235 months' imprisonment. If the court agrees with the parties that the defendant should not

receive a two-level enhancement for having relocated a fraudulent scheme to another jurisdiction, then the defendant's total offense level will be 33 and his guideline range will be 151-188 months' imprisonment.

Pursuant to Section 5K1.1 of the Sentencing Guidelines, the government requests that this Court reduce defendant's sentence below the applicable guideline range based on his substantial assistance to the Government. The government will make a specific sentencing recommendation at the sentencing hearing.

WHEREFORE, the United States respectfully requests that the Court reduce the defendant's sentence, pursuant to Section 5K1.1 of the Sentencing Guidelines.

Respectfully submitted,

WIFREDO A. FERRER
ASSISTANT UNITED STATES ATTORNEY

By: s/Adrienne Rabinowitz
ADRIENNE RABINOWITZ
Adrienne.Rabinowitz@usdoj.gov
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 833754
500 S. AUSTRALIAN AVE., SUITE 400
WEST PALM BEACH, FL 33401-6235
TEL: 561-820-8711
FAX: 561-820-8777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2012, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Adrienne Rabinowitz
ADRIENNE RABINOWITZ
ASSISTANT UNITED STATES ATTORNEY

## SERVICE LIST

**UNITED STATES v. JEFFREY T. FIELDS**
Case No. 12-80039-CR-ZLOCH/ROSENBAUM
United States District Court, Southern District of Florida

Adrienne Rabinowitz
Assistant United States Attorney
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1013
Fax: (561) 659-4526
adrienne.rabinowitz@usdoj.gov


Samuel Joseph Montesino
2161 Palm Beach Blvd., Suite 307
West Palm Beach, FL 33409
Tel: (561) 721-3322
Fax: (561) 721-1600
samuelmontesino@yahoo.com
Attorney for Defendant Jeffrey T. Fields
[Service via CM/ECF]