UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 12-80039-CR-ZLOCH/ROSENBAUM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY T. FIELDS ,

    Defendant.
_____/

## JOINT AGREEMENTS AND RECOMMENDATIONS AS TO SENTENCING ISSUES

**COMES NOW** the Defendant, JEFFREY T. FIELDS, by and through undersigned counsel, and along with AUSA, Adrienne Rabinowitz, hereby submits a joint agreement along with a recommendation as to sentence in this matter.

    A) Both JEFFREY T. FIELDS and United States Government agree that based upon the guideline calculations extant in this matter, JEFFREY T. FIELDS stands before the court with a level 33 offense level with a criminal history category of two. Therefore the range under the USSG is 151-188.

    B) The Government is expected to file a §5K1.1 and both parties agree that a 33% reduction in sentence is appropriate.

    C) Based upon offense conduct for each individual defendant along with taking into account the relative criminal histories of the defendants, a sentence of 101 months is appropriate and fulfils the requirements that a court must consider under §3553.

    D) JEFFREY T. FIELDS asks to be allowed to participate in the BOP Drug Treatment Program. That he be housed in the Southern District of Florida. Finally, he asks to be able to self-surrender as soon as BOP designates what facility he will serve.

**WHEREFORE**, based upon the foregoing arguments and authorities, this Honorable Court is respectfully urged to correct the foregoing guideline calculations as set forth in these objections.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing document has been furnished to the AUSA, ADRIENNE RABINOWITZ, 500 Australian Avenue, Suite 400, West Palm Beach, Florida 33401 thru CM/ECF this 19th day of JULY, 2012. CLIFFORD McKINNEY, JR., U.S. Probation Officer, 299 East Broward Blvd., Suite 409, Fort Lauderdale, Florida 33301-1865 thru CM/ECF, this 19th day of JULY, 2012.

                                                                Respectfully Submitted,

                                                                /s/ **Samuel J. Monteisno**
                                                                SAMUEL J. MONTESINO, P.A.
                                                                Attorney for Defendant

                                                                Samuel J. Montesino, P.A.
                                                                2161 Palm Beach Lakes Blvd., Suite 307
                                                                West Palm Beach, Florida 33409
                                                                Telephone: (561) 721-3322
                                                                Facsimile: (561)721-3366
                                                                SamuelMontesino@yahoo.com

cc.
HONORABLE JUDGE ZLOCH, U.S. District Court Judge