UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80039- CR-WILLIAMS

UNITED STATES OF AMERICA

vs.

JEFFREY T. FIELDS

       Defendant.
_____/

## ORDER DENYING MOTION FOR
## EARLY TERMINATIONOF SUPERVISED RELEASE

**THIS MATTER** came before the Court on Defendant's Motion for Early Termination of Supervised Release (DE 216). The Court has reviewed the record and Defendant's Motion (DE 216). After considering the factors under 18 U.S.C. 3553(a), the Court finds that termination is not warranted and it is not in the interest of justice to terminate the defendant's term of supervision. Therefore, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Early Termination of Supervised Release is **DENIED** with leave to renew motion when Defendant has completed half of his supervised release.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 27th day of May 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy:
Counsel of Record
U.S. Probation Office